

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-17-00007-CV

**13 HEIN, L.L.C.** and Robert P. Hein,
Appellants

v.

Analicia **PENA DE BECERRA**, Federico Javier Pena Llanos, Lilia Leticia Pena de Borrego,
Hilde Pena de Trad, Elsa Pena Cass, Zimmerman Limited Partnership No. 1,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-001164-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

The appellants agreed motion to substitute counsel is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court